UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ DEC 27 2013 ★
BROOKLYN OFFICE

---------------------------------------------------------------x

PRESCRIPTION CONTAINERS, INC. d/b/a PCI,

Plaintiff and
Counterclaim Defendant,

\- against -

MARIA CABILES, PURECHOICE, CORP. d/b/a PC, PHILE GLOBAL SOURCING, and ABC COMPANIES,

Defendants and
Counterclaim Plaintiff
Maria Cabiles,

\- against –

MWI VETERINARY SUPPLY, INC., ROBERT ZEIDE, and MARLY DOG, INC.,

Third-Party Counterclaim
Defendants.

---------------------------------------------------------------x

NOT FOR PUBLICATION
**ORDER**
12-CV-04805 (CBA) (VMS)

AMON, Chief United States District Judge.

On December 10, 2013 attorneys for Maria Cabiles ("Cabiles"), Prescription Containers, Inc. ("PCI") and MWI Veterinary Supply, Inc. ("MWI") participated in a status conference to discuss third-party counterclaim defendant MWI's motion to dismiss defendant and counterclaim plaintiff Cabiles' counterclaim. At the time of the December 10, 2013 status conference, Cabiles possessed a redacted copy of the asset purchase agreement governing MWI's purchase of PCI's assets. The redacted version of the asset purchase agreement included clause 3.4.18, which provides that the litigation between PCI and Cabiles is an excluded liability. Cabiles agreed that this Court should dismiss his counterclaim as against MWI, if, after reviewing the unredacted and the redacted versions of the asset purchase agreement, this Court found no clause

contradicting clause 3.4.18 of the asset purchase agreement. This Court instructed MWI to provide the Court with a copy of the redacted asset purchase agreement Cabiles possessed. After reviewing a copy of the redacted and the unredacted asset purchase agreement, this Court finds no clause contradicts clause 3.4.18.

Accordingly, this Court grants MWI's motion and dismisses Maria Cabiles' counterclaim as against MWI.

SO ORDERED.

Dated: Brooklyn, New York
December 27, 2013

s/Carol Bagley Amon

Carol Bagley Amon
Chief United States District Judge